# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT OF NORTH CAROLINA

## MISCELLANEOUS NO. 3:08 mc 172

**IN RE:** **OFFICIAL COURT CLOSING**

## ORDER

**THIS MATTER** is before the Court upon its own motion.

The Administrative Office of the United States Courts will be closed on Friday, December 26, 2008, and Friday, January 2, 2009, thereby extending both holiday weekends. The United States District Court for the Western District of North Carolina will therefore also be closed on December 26, 2008, and January 2, 2009.

The United States District Court for the Western District of North Carolina will also be closed on Friday, November 28, 2008.

**IT IS, THEREFORE, ORDERED** this 27 day of October, 2009.

_Robert Conrad_
Robert J. Conrad, Jr., Chief
U.S. District Court Judge